IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHERYL NEVILLE,**

    **Plaintiff,**

**v.**

**VALUE CITY DEPARTMENT STORES, Inc.,
d/b/a VALUE CITY, VALUE CITY DEPARTMENT
STORES, LLC, d/b/a VALUE CITY, VALUE CITY,
JOHN DOE (1), JANE DOE, and ALL OTHER
UNKNOWN DEFENDANTS,**

    **Defendants.**                                       **Case No. 07-cv-53-DRH**

## ORDER

**HERNDON, District Judge:**

        Pursuant to the Court's July 6, 2007 Order (Doc. 13), Defendants have filed a Memorandum of Jurisdictional Requirements (Doc. 14) to substantiate their assertion that diversity jurisdiction exists to warrant removal of this action. Upon review of this memorandum, it is clear that Defendants' have adequately shown diversity of jurisdiction to ensure the Court, as part of its threshold review, that proper subject matter jurisdiction exists in this matter pursuant to **28 U.S.C. § 1332**. The matter may continue to proceed accordingly, in this Court.

        **IT IS SO ORDERED.**

        Signed this 25th day of July, 2007.

                                        /s/      David RHerndon
                                        **United States District Judge**