IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHERYL NEVILLE,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. **07-053-DRH** |
| **VALUE CITY DEPARTMENT STORES, INC.,** | ) ) ) ) |
| Defendant. | ) ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the court is defendant's Motion to Compel.  **(Doc. 16)**.

Defendant seeks an order compelling plaintiff to respond to its first set of interrogatories and requests for production.  Plaintiff has not responded to the motion, and the time for doing so has now expired.  The court deems the failure to respond to be an admission of the merits of the motion.  SDIL-LR 7.1(g).

Upon consideration and for good cause shown, defendant's Motion to Compel **(Doc. 16)** is **GRANTED**.  Plaintiff is ordered to serve her answers to defendant's interrogatories and produce the requested documents no later than **September 12, 2007.**

**IT IS SO ORDERED.**

**DATE:  August 29, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**