IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHERYL NEVILLE,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **07-053-DRH** ) |
| **VALUE CITY DEPARTMENT STORES, INC., et al.,** | ) ) ) |
| Defendants. | ) ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel and for Sanctions. **(Doc. 42)**. Defendant Value City Department Stores, Inc., filed a response at **Doc. 44.**

Plaintiff seeks a copy of the lease for the property where the incident giving rise to this lawsuit occurred. The motion to compel is now moot, as defendant has produced a copy of the lease.

Plaintiff also seeks sanctions because defendant did not produce the lease earlier in response to her requests for production. The requests for production asked for "any and all documents identified in connection with your answers to interrogatories," and for "any and all discoverable ...documents relevant to the cause." The requests were served in March, 2007. Defendant filed objections thereto. However, plaintiff did not file a motion to compel or otherwise address defendant's objections until May, 2008. Under the circumstances, sanctions are not appropriate.

Upon consideration and for good cause shown, plaintiff's Motion to Compel and for Sanctions **(Doc. 42)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: July 7, 2008.**     **s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**