IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHERYL NEVILLE,

    Plaintiff,

v.

VALUE CITY DEPARTMENT
STORES, Inc., d/b/a VALUE CITY, et al.,

    Defendants.                            Case No. 07-cv-53-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Stipulation for Dismissal (Doc. 68), filed by Defendants with Plaintiff's consent, stating that the matter has been settled between the Parties. For good cause shown, the Court hereby **ACKNOWLEDGES** the Stipulation (Doc. 68). Accordingly, as the Parties request, Plaintiff's cause of action against Defendants is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs. Clerk to enter judgment.

    **IT IS SO ORDERED.**

Signed this 10th day of November, 2008.

                                      /s/      David R Herndon
                                      **Chief Judge**
                                      **United States District Court**